1
2
3
4
UNITED STATES DISTRICT COURT
5
NORTHERN DISTRICT OF CALIFORNIA
6
7   UNITED STATES OF AMERICA,                    Case No. 16-cr-00457-JSW-6
8                       Plaintiff,
9            v.                                   **ORDER TO SHOW CAUSE AND
                                                  SETTING FURTHER DEADLINE TO
                                                  SUBMIT JOINT STATUS REPORT**
10  ELDA CERVANTES-POLANCO,
                                                  Re: Dkt. Nos. 175, 191
11                      Defendant.

12

13          On March 14, 2018, the Court issued an Order requiring the parties to submit a joint status

14  report to the Court by April 10, 2018 that would address the need for a hearing on Defendant's

15  motion to sever.  The parties failed to comply with that deadline.  On April 11, 2018, the United

16  States filed a notice that said it had attempted to contact Defense counsel to obtain the information

17  necessary to file a joint status report but did not hear from him.  The Court will not issue an Order

18  to Show Cause to the Government, because it made an effort to respond to the Court.

19          The Court is aware that Government counsel and defense counsel have other cases that

20  require their attention.  The Court also has other cases that require its attention, and it requested

21  the status report to assist it with calendar management.

22          Accordingly, Defendant's counsel is HEREBY ORDERED TO SHOW CAUSE why the

23  Court should not impose monetary sanctions in the amount of $250.00 for failure to comply with

24  the Court's deadline to submit a status report.  Defense counsel's response to this Order to Show

25  Cause shall be due by no later than April 20, 2018.

26          It is FURTHER ORDERED that the parties shall submit the joint status report previously

27  Ordered by the Court by no later than April 20, 2018.  Failure to comply with that deadline will

28  result in the Court issuing an additional order to show cause why greater monetary sanctions

should not be imposed on defense counsel and may result in an order to show cause to the Government.

**IT IS SO ORDERED.**

Dated: April 13, 2018

_____
JEFFREY S. WHITE
United States District Judge